1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

| | | |
|---|---|---|
| WILLIAM PIERCE PLUMMER, | ) | 1:06-CV-0017 AWI LJO HC |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| W. L. SULLIVAN, Warden, | ) | [Doc. #2] |
| | ) | |
| Respondent. | ) | |

18
19
20

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

21
22

        On January 6, 2006, Petitioner filed an application to proceed in forma pauperis and a certified copy of his prison trust account.   Examination of these documents reveals that Petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

23
24
25

IT IS SO ORDERED.

**Dated:    January 13, 2006**              /s/ Lawrence J. O'Neill
26
23ehd0                           UNITED STATES MAGISTRATE JUDGE

27
28