# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PIERCE PLUMMER, ) | 1:06-CV-0017 AWI LJO HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #6] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| W. L. SULLIVAN, Warden, ) | [Doc. #1] |
| ) | |
| Respondent. ) | ORDER DENYING PENDING MOTIONS |
| ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 17, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED without prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On February 1, 2006, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections. The objections concern funds that Petitioner believes prison officials have incorrectly deducted from his prison trust account. The objections do not offer any reason why this court should proceed with the petition's claims as a habeas corpus petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 17, 2006, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice;

3. All pending motions are DENIED as moot; and

3. The Clerk of Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   March 3, 2006**                             **/s/ Anthony W. Ishii**
0m8i78                                                 UNITED STATES DISTRICT JUDGE